

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00381-CV

| | | |
|---|---|---|
| CARL DAVID PASCHAL, Appellant | § | On Appeal from the 477th District Court |
| V. | § | of Denton County (22-2722-16) |
| | § | September 25, 2025 |
| MICAH BELDEN AND MONICA BOATNER, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker